**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

| | | |
|---|---|---|
| VALERIE FELICIA ANSAH | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 15-74315-SMS |
| | : | |

**POST CONFIRMATION MODIFICATION OF PLAN**
**AND REQUEST FOR APPROVAL**

Debtor proposes to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

**MODIFICATION OF PLAN**

Debtor hereby modify the Chapter 13 Plan, which was confirmed by order of this Court on February 26, 2016, as follows:

    1.    Debtor hereby modify Paragraph 2 of the Plan as follows:

"**Plan Payments and Length of Plan**. Debtor will pay the sum of **$625.00 monthly** to Trustee by ☒ Payroll Deduction(s) or by ☐ Direct Payment(s) for the applicable commitment period of **60** months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

The following alternative provision will apply if selected:

☐ IF CHECKED, Plan payments will increase by $_____ in month _____ upon completion or termination of _____."

The amended Chapter 13 Plan payment amount shall be effective retroactively commencing with the April 2017 payment and there shall be a matching reduction in the Chapter 13 plan base.

This Plan modification (i) removes the $410.00 increase in Chapter 13 Plan payment that set to occur in April 2017 upon completion of Debtor's 401k loan; (ii) amends the Chapter 13 plan payment retroactively to commence with the Chapter 13 Plan payment set to occur in April 2017. This Plan modification does not change the pool to be paid to Debtor's unsecured creditors as set forth in Debtor's confirmed Chapter 13 plan.

    Respectfully submitted this 25th day of May, 2018.

/s/
Howard P. Slomka
Georgia Bar #652875

Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

VALERIE FELICIA ANSAH              :    CHAPTER 13
                                   :
        Debtor.                    :    CASE NO.: 15-74315-SMS
                                   :

### NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** Debtor has filed and served on you a proposed modification to the confirmed Plan in this case. Pursuant to rule 3015(g) of the federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed, June 18, 2018. If the twenty-fourth day after the date of filing falls on a weekend or holiday, the deadline is extended to the next business day.

**PLACE OF FILING: Clerk, U.S. Bankruptcy Court, Room 1340, Richard B. Russell Building, 75 Ted Turner Drive South West, Atlanta, Georgia 30303.**

If you mail an objection to the court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on Debtor at:

Valerie Felicia Ansah
2840 Lakeside Drive
Covington, GA 30016-1259

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification in Courtroom 1201, Richard B. Russell Building, 75 Ted Turner Drive SW, Atlanta, Georgia 30303 at 9:50 A.M. on June 26, 2018.

Respectfully submitted this 25th day of May, 2018.

                                                                  /s/
                                         Howard P. Slomka
                                         Georgia Bar #652875
                                         Attorney for the Debtor
                                         Slipakoff & Slomka, PC
                                         Overlook III
                                         2859 Paces Ferry Rd, SE
                                         Suite 1700
                                         Atlanta, GA 30339

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| VALERIE FELICIA ANSAH | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 15-74315-SMS |
| | : | |

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

___/s/_____
VALERIE FELICIA ANSAH

This 25th day of May, 2018

Penalty of making false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. '152 and '3571.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

VALERIE FELICIA ANSAH  :  CHAPTER 13
 :
Debtor.  :  CASE NO.: 15-74315-SMS
 :

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Modification of Confirmed Plan, in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Mary Ida Townson (served via ECF)
Chapter 13 Trustee
190 Peachtree Street, N.E.
Suite 2200
Atlanta, GA 30303

Valerie Felicia Ansah
2840 Lakeside Drive
Covington, GA 30016-1259

SEE ATTACHED FOR A LIST OF ADDITIONAL CREDITORS

DATE: May 25, 2018

_____/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

```
Label Matrix for local noticing         Valerie Felicia Ansah                   Apartment Services, Inc.
113E-1                                  2840 Lakeside Drive                     c/o Blibaum & Associates, PA
Case 15-74315-sms                       Covington, GA 30016-1259                40 York Road
Northern District of Georgia                                                    Towson, MD 21204-5243
Atlanta
Fri May 25 11:00:20 EDT 2018

Autovest, L.L.C.                        Bank og America                         Berks Credit & Collections
P O Box 2247                            Nc4-105-03-14                           Po Box 329
Southfield, MI 48037-2247               Po Box 26012                            Attn: Bankruptcy
                                        Greensboro, NC 27420-6012               Temple, PA 19560-0329


Capital One Auto Finance                Capital One Auto Finance                Capital One Auto Finance
4515 N Santa Fe Ave. Dept. APS          7933 Preston Rd                         c/o AIS Portfolio Services, LP
Oklahoma City, OK 73118-7901            Plano, TX 75024-2302                    f/k/a AIS Data Services
                                                                                d/b/a Ascension Capital Group
                                                                                4515 N. Santa Fe Ave. Dept APS
                                                                                Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of Capi   Cash Net USA                     CashNetUSA
c/o AIS Portfolio Services, LP          175 West Jackson                        175 W Jackson Blvd
f/k/a AIS Data Services                 Suite 1000                              Suite 1000
d/b/a Ascension Capital Group           Chicago, IL 60604-2863                  Chicago, IL 60604-2863
4515 N. Santa Fe Ave. Dept APS
Oklahoma City, OK 73118-7901

Commonwealth Financial                  Dsnb Macys                              Fair Collections & Outsourcing
245 Main Street                         Macys Bankruptcy Department             12304 Baltimore Ave Suite E
Scranton, PA 18519-1641                 Po Box 8053                             Beltsville, MD 20705-1314
                                        Mason, OH 45040-8053



Gary S. Blibaum                         (p)GEORGIA DEPARTMENT OF REVENUE        Internal Revenue Service
40 York Road Suite 300                  COMPLIANCE DIVISION                     PO Box 7346
Towson, MD 21204-5266                   ARCS BANKRUPTCY                         Philadelphia, PA 19101-7346
                                        1800 CENTURY BLVD NE SUITE 9100
                                        ATLANTA GA 30345-3202


Jc&assoc                                (p)JEFFERSON CAPITAL SYSTEMS LLC        Midland Funding
1155 Hammond Drive                      PO BOX 7999                             2365 Northside Dr
Atlanta, GA 30328                       SAINT CLOUD MN 56302-7999               Suite 300
                                                                                San Diego, CA 92108-2709



Nicholas Financial Inc                  Orion                                   Pinnacle Credit Services
2454 Mcmullen Booth Road                c/o Recovery Management Systems Corp    Po Box 640
Clearwater, FL 33759-1343               25 SE 2nd Avenue, Suite 1120            Hopkins, MN 55343-0640
                                        Miami, FL 33131-1605



(p)PORTFOLIO RECOVERY ASSOCIATES LLC    R & R Prfssnl Recovery                  Recovery Management Systems Corporation
PO BOX 41067                            Po Box 21575                            25 S.E. 2nd Avenue, Suite 1120
NORFOLK VA 23541-1067                   Pikesville, MD 21282-1575               Miami, FL 33131-1605




Howard P. Slomka                        Southwest Credit Systems                Mary Ida Townson
Slipakoff & Slomka, PC                  4120 International Parkway              Chapter 13 Trustee
Overlook III - Suite 1700               Suite 1100                              Suite 2200
2859 Paces Ferry Rd, SE                 Carrollton, TX 75007-1958               191 Peachtree Street, NE
Atlanta, GA 30339-6213                                                          Atlanta, GA 30303-1770
```

| | | |
|---|---|---|
| Transworld Systems Inc<br>Po Box 17205<br>Wilmington, DE 19850-7205 | Trident Asset Management<br>Po Box 888424<br>Atlanta, GA 30356-0424 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>Bankruptcy Division<br>Post Office Box 161108<br>Atlanta, GA 30321 | Jefferson Capital Systems, LLC<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

End of Label Matrix
Mailable recipients    32
Bypassed recipients     0
Total                  32